# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HON. BARRY T. MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>                      Plaintiff,              )<br>                                                              )<br>v.                                                         )<br>                                                              )<br>ALEJANDRA AGUILERA-LOPEZ (1),  )<br>LAURA ESCOBAR (2),                        )<br>                                                              )<br>                      Defendants.         )<br>_____ ) | Case No. 07cr0092-BTM<br><br>ORDER GRANTING<br>JOINT MOTION TO CONTINUE<br>SENTENCING HEARING |

**IT IS HEREBY ORDERED** that the joint motion to continue the sentencing hearing in this matter now scheduled for July 6, 2007 at 11:00 a.m. be continued until August 24, 2007 at 11:00 a.m.

**IT IS SO ORDERED**.

DATED: June 19, 2007

_____
Honorable Barry Ted Moskowitz
United States District Judge